# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

KENNETH L. JACKSON,           )
                              )
    Plaintiff,            )
                              )
v.                            )   Case No. CV412-291
                              )
MS. PHILLIPS,                 )
                              )
    Defendant.            )

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Kenneth L. Jackson filed this 42 U.S.C. § 1983 action against Liberty County Georgia Jail employees. Doc. 1. The Court has since greenlighted his claims against just one defendant and directed service. Doc. 11. Jackson, however, has since failed to keep the Court apprised of his current address, as that Report and Recommendation (R&R) has been returned by the Postal Service as "underliverable." Doc. 13. Per Local Rule 11.1, it was his continuing duty to keep the Court apprised of his current address. Without it, the Court cannot move this case forward or even communicate with plaintiff.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992). The Court **VACATES** its service directive to the Marshal. Doc. 11 at 13. The Clerk shall serve the Marshal with a copy of this R&R.

**SO REPORTED AND RECOMMENDED** this <u>  18th  </u> day of September, 2013.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA