FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 OCT 30  AM 10: 53

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KENNETH L. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV412-291 |
| ) | |
| DOUGLAS D. FRANKS, ) | |
| individually; MS. PHILLIPS, ) | |
| individually; and DR. JOHN ) | |
| DOE, individually; ) | |
| ) | |
| Defendants. ) | |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** and the Magistrate Judge's prior Report and Recommendation (Doc. 11) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of October 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA