IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH L. JACKSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-291
)
DOUGLAS D. FRANKS, )
individually; MS. PHILLIPS, )
individually; and DR. JOHN )
DOE, individually; )
)
    Defendants. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** and the Magistrate Judge's prior Report and Recommendation (Doc. 11) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of October 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA